Argued August 18, affirmed September 26, 1977

In the Matter of Nagle, Frances Leroy, a minor child.
STATE ex rel JUVENILE DEPARTMENT OF
MULTNOMAH COUNTY et al, *Respondents,*

*v.*

NAGLE, *Appellant.*

(No. 57,842, CA 7855)

569 P2d 58

Doreen Nepom, Milwaukie, argued the cause for appellant. With her on the brief was Nepom & Rose, Milwaukie.

Timothy Vanagas, Portland, argued the cause for respondent Frances Leroy Nagle. With him on the brief was Solomon, Warren, Killeen & Kirkman.

No appearance for respondent State ex rel Juvenile Department of Multnomah County.

Before Schwab, Chief Judge, and Richardson and Johnson, Judges.

PER CURIAM.

**PER CURIAM.**

Appellant father appeals from an order of the juvenile court continuing custody of his son in Children's Services Division. His principal assignment of error challenges the sufficiency of the evidence to support the court's order. We find there was ample evidence to support the decision. A detailed statement of that evidence would serve no useful purpose for the reasons stated in *Sarty v. Forney,* 12 Or App 251, 506 P2d 535 (1973). On de novo review we agree with the trial court's decision for the reasons stated in *Starin and Starin,* 29 Or App 557, 564 P2d 748, Sup Ct *review denied* (1977).

Appellant's other assignments of error do not warrant discussion.

Affirmed.